In the Matter of the Petition of HENRY BOGARDUS, Appellant, for Revocation of Letters of Administration on the Estate of ELIZABETH B. PAYNE, Deceased.

PETER H. PAYNE, as Administrator, Respondent.

(Argued October 1, 1928; decided October 16, 1928.)

*Louis L. Waters* and *George M. Haight* for appellant.

*Ira P. Betts* and *George T. Fuggle* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.